UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO. 5:11-CV-00381-BO

K-BEECH, INC.,

    Plaintiff,

v.

JOHN DOES 1-39,

    Defendants.

## PLAINTIFF'S MOTION IN OPPOSITION TO PUTATIVE DOE'S {DKT 9} MOTION TO QUASH OR MODIFY SUBPOENA

Plaintiff, K-Beech, Inc., opposes Putative John Doe Defendant's Motion to Quash or Modify Subpoena (DKT #9), because:

1. The Putative John Doe Defendant seems to have cut and pasted his or her Motion to Quash or Modify Subpoena from one of the numerous websites that contain BitTorrent defense kits.

2. The crux of Putative John Doe Defendant's argument is that Plaintiff has improperly joined the Defendants in this matter.

3. A memorandum of law titled, "Plaintiff's Memorandum in Support of Joinder and In Opposition to Motions to Sever" has been filed which addresses the issue of joinder. Plaintiff's memorandum of clearly supports the notion that joinder is proper in this case.

WHEREFORE, for the reasons set forth in Plaintiff's memorandum, Putative John Doe Defendant's Motion to Quash or Modify Subpoena should be denied.

Dated: October 11, 2011

                LAW OFFICE OF JAMES C. WHITE, P.C.

                /s/ James C. White
                James C. White
                N.C. Bar # 31859
                4819 Emperor Blvd., Suite 400
                Durham, NC 27703
                P.O. Box 16103
                Chapel Hill, NC 27516
                jimwhite@jcwhitelaw.com
                (919) 313-4636
                (919) 246-9113 fax

                ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

   I hereby certify that on October 11, 2011 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                     By: /s/ James C. White