UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO. 5:11-CV-00381-BO

K-BEECH, INC.,

      Plaintiff.

v.

RAFAEL MOSIMANN, ROBERT JENKINS, JR., PAUL EVERETT and JOHN DOE 37,

      Defendants.

## ENTRY OF DEFAULT

It appearing that the complaint was filed in this case on July 21th, 2011; that the summons and complaint were duly served upon the Defendant, ROBERT JENKINS, JR. a.k.a. JOHN DOE 18 on January 1st, 2012 and no answer or other pleading has been filed by said defendant as required by law;

Therefore, upon request of the plaintiff, default is hereby entered against the Defendant, ROBERT JENKINS, JR. a.k.a. JOHN DOE 18, as provided in Rule 55(a), Federal Rules of Civil Procedure.

By /s/ [signature]
      Clerk