UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO. 5:11-CV-00381-BO

K-BEECH, INC.,

        Plaintiff.

v.

RAFAEL MOSIMANN, ROBERT JENKINS, JR., PAUL EVERETT and JOHN DOE 37,

        Defendants.

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF DEFENDANT, PAUL EVERETT A.K.A. JOHN DOE 23 ONLY**

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntary dismisses Defendant, Paul Everett from this action <u>with prejudice</u>. Defendant, Paul Everett a.k.a. John Doe 23 was assigned the IP Address 65.191.108.240. For the avoidance of doubt, Plaintiff is <u>not</u> voluntarily dismissing any other Defendant.

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant, Paul Everett has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Dated: April 10, 2012.

        LAW OFFICE OF JAMES C. WHITE, P.C.

        */s/ James C. White*_____
        James C. White
        N.C. Bar # 31859
        P.O. Box 16103
        Chapel Hill, NC 27516
        jimwhite@jcwhitelaw.com
        (919) 313-4636
        (919) 246-9113 fax

## CERTIFICATE OF SERVICE

I hereby certify that I have served this **Notice of Voluntary Dismissal** with the Clerk of Court using the CM/ECF filing system and by first class mail addressed to the parties below:

Robert Jenkins
456 Oak Run Dr.
Raleigh, NC 27606

Paul Everett
1250 Saint Andrews Dr.
Pinehurst, NC 28274

Michael J. McCrann
704 N. Sandhills Blvd.
Aberdeen, NC 28315


Dated: April 10, 2012.

                                                      LAW OFFICE OF JAMES C. WHITE, P.C.

                                                      /s/ James C. White_____
James C. White
N.C. Bar # 31859
P.O. Box 16103
Chapel Hill, NC 27516
jimwhite@jcwhitelaw.com
(919) 313-4636
(919) 246-9113 fax

ATTORNEY FOR PLAINTIFF